**DENY; and Opinion Filed September 6, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00941-CV**

**IN RE VENKY VENKATRAMAN, Relator**

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF04-11968**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Molberg

Before the Court is relator's August 9, 2019 petition for writ of mandamus complaining of the trial court's May 6, 2019 final modification order in a suit affecting parent-child relationship. Relator contends the trial court abused its discretion by signing the May 6 order because it does not comply with this Court's August 30, 2017 opinion and subsequently issued mandate.

To be entitled to mandamus relief, relator must show that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and mandamus record, we conclude relator has not shown he is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if court determines relator is not entitled to relief sought).

/Ken Molberg/
KEN MOLBERG
JUSTICE

190941F.P05